# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| LAWRENCE IRWIN, ) | |
| ) | Case No. 3:23-cv-451 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Debra C. Poplin |
| NATIONAL NUCLEAR SECURITY ) | |
| ADMINISTRATION, *a division of the* ) | |
| *Department of Energy*, ) | |
| | |
| *Defendant*. | |

## ORDER

Consistent with the contemporaneously filed memorandum and order, this action is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:
/s/ *LeAnna R. Wilson*
CLERK OF COURT